IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:05-759-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES O'NEAL MACK | ) | |
| | ) | |
| _____ | ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the defendant's motion (ECF No. 1194) is DENIED. Due to the amount of drugs involved in the case, there was no change in the defendant's base offense level; consequently, Amendment 750 does not apply as it does not lower the defendant's original guideline range. Accordingly, the motion must be denied.

IT IS SO ORDERED.

March 12, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge