IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:05-759-JFA |
|---|---|---|
| v. | ) | ORDER |
| DEMETRIUS RENEE WALKER | ) | |

This matter is before the court upon the defendant's fourth *pro se* motion under 18 U.S.C. § 3582(c)(2) for a reduction in her term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

The defendant suggests that because another inmate, LaCarlos Cureton (who is not a co-defendant in the defendant's criminal case) received a reduction in his sentence under Amendment 750, and because Cureton had similar guideline ranges and criminal history categories, that she should receive a reduction as well.

As this court has explained to the defendant in previous orders, she was sentenced to the statutory mandatory minimum sentence of 240 months imprisonment for her conviction relating to crack cocaine. Amendment 750 does not have the effect of lowering her sentencing range, thus this court has no jurisdiction to reduce her sentence.

Accordingly, the defendant's motion (ECF No. 1231) is denied.

IT IS SO ORDERED.

January 24, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge